ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ELAINE ODEH, ESQ.
Nevada Bar No. 14099
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
eodeh@sgroandroger.com
*Attorneys for Plaintiff Michelle Fite*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHELLE FITE, an individual,

Plaintiff,

vs.

KENNETH WILLIAMS, in his individual capacity and in his official capacity as Medical Director of the Nevada Department of Corrections;
WILLIAM REUBART, in his individual capacity and in his official capacity as Warden of Florence McClure Women's Correctional Center;
JENNIFER NASH, in her individual capacity as Associate Warden of Florence McClure Women's Correctional Center;
FRANK DREESEN, in his individual capacity as Associate Warden of Programs at Florence McClure Women's Correctional Center;
GABRIELLA NAJERA, in her individual capacity as Associate Warden of Florence McClure Women's Correctional Center;
KIMBERLY HILL, in her individual capacity as Health Information Coordinator for the Nevada Department of Corrections;

Case No. 2:25-cv-02337-CDS-EJY

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT, DEEM DEFENDANTS' MOTION TO DISMISS TIMELY FILED, AND ESTABLISH DEADLINE FOR ACCEPTANCES OF SERVICE**

ELLA CORDOVEZ, in her individual capacity as Mid-Level Medical Practitioner at Florence McClure Women's Correctional Center;
MARIA RAINES, in her individual capacity as Senior Physician at Florence McClure Women's Correctional Center;
BRITTANY CALDWELL, in her individual capacity as Correctional Nurse at Florence McClure Women's Correctional Center;
BOB FAULKNER, in his individual capacity as Director of Nursing at Florence McClure Women's Correctional Center;
and DOES 1–10, in their individual capacities,

Defendants.

Plaintiff Michelle Fite and Defendants Kenneth Williams, William Reubart, Jennifer Nash, Frank Dreesen, Gabriella Najera, Kimberly Hill, Ella Cordovez, and Maria Raines (collectively, the "Defaulted Defendants"), by and through their undersigned counsel, stipulate and request entry of an order as follows:

1. Plaintiff obtained a Clerk's Entry of Default against the Defaulted Defendants on August 13, 2026 [ECF No. 27].
2. On August 17, 2026, counsel for the Defaulted Defendants filed a Motion to Dismiss. [ECF No. 33].
3. The parties agree that good cause exists under Federal Rule of Civil Procedure 55(c) to set aside the Clerk's Entry of Default against the Defaulted Defendants.
4. The Clerk's Entry of Default against the Defaulted Defendants shall be set aside. Defendants' Motion to Dismiss shall be deemed timely filed and shall remain pending for resolution in the ordinary course.

5. Counsel for Defendants filed an acceptance of service for John "Bob" Faulkner (ECF No. 32) and represents that he is working to obtain a request for representation from Brittany Caldwell. No later than fourteen (14) days after entry of the Court's order on this stipulation, counsel shall either:

   a. file notices of appearance and acceptances of service of the Amended Complaint and summonses on behalf of Caldwell, identifying the capacity or capacities in which counsel accepts service; or

   b. file a status report explaining why counsel cannot accept service for Defendant Caldwell and identifying the steps taken to obtain authority to do so.

6. If counsel files an acceptance of service for Caldwell, Caldwell shall answer or otherwise respond to the Amended Complaint within twenty-one (21) days after the acceptance of service is filed, unless the parties stipulate otherwise or the Court orders otherwise.

7. This stipulation sets aside only the Clerk's Entry of Default against the Defaulted Defendants. It does not dismiss or amend any claim, resolve the merits of any claim or defense, concede the sufficiency or propriety of service, waive any jurisdictional or other defense, or alter the docketed returns of service.

8. Nothing in this stipulation affects Plaintiff's motion for an extension of time to serve Caldwell, except that an acceptance of service filed under Paragraph 5 will satisfy service as to the accepting defendant.

DATED: August 17, 2026 DATED: August 17, 2026

| SGRO & ROGER | AARON D. FORD Attorney General |
|---|---|
| By: */s/ Elaine Odeh*<br>ANTHONY P. SGRO, ESQ.<br>Nevada Bar No. 3811<br>ELAINE ODEH, ESQ. | By: /s/ *Samuel Pezone*<br>SAMUEL PEZONE, ESQ.<br>Deputy Attorney General<br>Nevada Bar No. 15978 |

| | |
|---|---|
| Nevada Bar No. 14099<br>2901 El Camino Avenue, Suite 204<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff Michelle Fite* | Office of the Nevada Attorney General<br>Public Safety Division<br>1 State of Nevada Way, Suite 100<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendants* |


**~~[PROPOSED]~~ ORDER**

IT IS ORDERED that the parties' Stipulation and Proposed Order to Set Aside Clerk's Entry of Default, Deem Defendants' Motion to Dismiss Timely Filed, and Establish Deadline for Acceptances of Service is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk's Entry of Default against Defendants Kenneth Williams, William Reubart, Jennifer Nash, Frank Dreesen, Gabriella Najera, Kimberly Hill, Ella Cordovez, and Maria Raines is **SET ASIDE**.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss, ECF No. 33, is deemed timely filed and remains pending before the Court.

IT IS FURTHER ORDERED that, no later than fourteen (14) days after entry of this Order, counsel shall comply with Paragraph 5 of the Stipulation concerning notices of appearance and acceptance of service for Brittany Caldwell.

DATED: August 17, 2026.

Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE